In the Matter of LE ROY WALDEN-EL, Appellant, against PAUL P. BRENNAN et al., as Members of the Municipal Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [205 Misc. 351.]

∎

MORRIS W. HAFT & BROTHERS, INC., Respondent, v. RAILWAY EXPRESS AGENCY, INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

∎

CHESAPEAKE INDUSTRIES, INC., Appellant, v. TRANS-LUX THEATRES CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

∎

CLYDE R. MILLER, Respondent, v. AMERICAN BUSINESS CONSULTANTS, INC., Appellant.— No sufficient excuse is offered for the failure to prosecute this action for nearly five years; and there is lacking any showing of merit. Order unanimously modified so as to eliminate the condition and to grant the motion to dismiss unconditionally. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

∎

CLYDE R. MILLER, Respondent, v. FREDERICK WOLTMAN et al., Appellants.— Order unanimously modified. See the decision of this court in *Miller* v. *American Business Consultants* (*ante*, p. 771), decided herewith. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan.

∎

HELENE R. ZIMET, Respondent, v. COMMONWEALTH INSURANCE COMPANY, Appellant.— On the ground that part of the items allowed relate to matters that were irrelevant and unnecessary, the order appealed from is unanimously modified so as to provide: (1) that items 1 and 2 be limited to identification of the policies of insurance numbered therein issued by defendant, the receipt in evidence of such policies at such examination, and proof of delivery thereof; and (2) that there be stricken out item 9 and, from item 7, the words "and defendant's investigations incidental thereto", and, as so modified the order is affirmed, with $20 costs and disbursements to the appellant. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

∎

JORGE DE ATUCHA, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.